# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419

William T. Walsh, CLERK

February 3, 2005

U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  RE: United States of America v. Frederick Amerson
     Your Docket No. 05-0091M
     Our Docket No. 05-mj-8016

Dear Clerk,

 An initial appearance was held on January 27, 2005 in the above captioned case. Enclosed please find all original documents of the Rule 5 Proceedings and a certified copy of the docket sheet.

 Please acknowledge receipt of the enclosed by returning a copy of this letter. A self addressed envelope is enclosed for your convenience.

            Respectfully,

            _____s/Jacquie Lambiase_____
            Jacquie Lambiase, Deputy Clerk

cc: file

Hon. Madeline Cox Arleo, U.S.M.J.
UNITED STATES DISTRICT COURT
50 Walnut Street
Newark, New Jersey 07101-0419
Attn: Jacquie Lambiase, Deputy Clerk